**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ROBINETTE AMAKER,
          *Plaintiff-Appellant,*

v.

KING COUNTY, a municipal
corporation; STANLEY MEDICAL
RESEARCH INSTITUTE, a foreign
corporation; E. FULLER TORREY,
          *Defendants-Appellees.*

No. 07-35241

D.C. No.
CV-05-01470-MJP
Western District of
Washington,
Seattle

ORDER

Filed March 25, 2009

Before: Richard R. Clifton and N. Randy Smith,
Circuit Judges, and Brian E. Sandoval,* District Judge.

---

## ORDER

Stipulated Motion to Withdraw Certification and for Dismissal of Appeal, filed March 9, 2009, is GRANTED.

The copy of this order served on the district court shall act as and for the mandate of this court.

---

*The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.